IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**KENDRICK ROBINSON,**

    **Plaintiff,**

v.                                             **Civil Action No.** 2:22-cv-2058

**EXPERIAN INFORMATION
SOLUTIONS, INC.
(erroneously sued as Experian),**

    **Defendant.**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian" or "Defendant"), erroneously sued as Experian, hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is the named Defendant in Civil Action No. 2114851 filed by Plaintiff Kendrick Robinson ("Plaintiff") in the General Sessions Court of Shelby County, Tennessee (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the General Sessions Court of Shelby County on December 21, 2021.

3. This Notice is being filed with this Court within thirty (30) days after Experian received service of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

RESPECTFULLY SUBMITTED, this the 31st day of January 2022.

/s/ Jennifer A. Svilar
Melody McAnally (TN # 25971)
Jennifer A. Svilar (TN # 38554)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
(901) 680-7200
Melody.McAnally@butlersnow.com
Jen.Svilar@butlersnow.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 31, 2022 I electronically filed the foregoing document. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties, listed below, will be served by first-class, United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

    Kendrick Robinson
    7286 Newling Lane
    Memphis, TN  38125
    T. 708-252-6354

                                                     /s/ Jennifer A. Svilar