# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

KENDRICK ROBINSON,

    Plaintiff,

v.                                                          Case No. 2:22-cv-2058-MSN-tmp
                                                           JURY DEMAND

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed January 31, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Settlement (ECF No. 14), Stipulation of Dismissal (ECF No. 15), and Order to Show Cause (ECF No. 16), this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

August 09, 2022
Date